**DISMISS and Opinion Filed March 21, 2024**



In The

## Court of Appeals
### Fifth District of Texas at Dallas

### No. 05-24-00118-CR

### EX PARTE THOMAS JOSEPH ANDERSON

**On Appeal from the 354th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 34672CR**

## MEMORANDUM OPINION
Before Justices Reichek, Carlyle, and Miskel
Opinion by Justice Reichek

Before the Court is Appellant's Motion to Dismiss the Appeal. The motion is signed by appellant and appellant's counsel. The motion states, "COMES NOW, Thomas Joseph Anderson, Appellant, pursuit to Texas Rule of Appellate Procedure 42.1(a)(1) and announces to this Honorable Court that all issues between the parties have been resolved. Therefore, Appellant requests this Court to dismiss the instant appeal."

We grant the motion and dismiss the appeal.

/Amanda L. Reichek/

AMANDA L. REICHEK

JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)

240118F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

EX PARTE THOMAS JOSEPH
ANDERSON

No. 05-24-00118-CR

On Appeal from the 354th Judicial
District Court, Hunt County, Texas
Trial Court Cause No. 34672CR.
Opinion delivered by Justice
Reichek. Justices Carlyle and Miskel
participating.

Based on the Court's opinion of this date, the appeal is **DISMISSED.**

Judgment entered March 21, 2024.